UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LISA MOSELEY, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> KILOLO KIJAKAZI, Acting Commissioner of ) </br> Social Security, ) </br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** </br></br> **CASE NO. 4:20-CV-162-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 33]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 23], DENIES defendant's motion for judgment on the pleadings [D.E. 30], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on February 16, 2022, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF electronic notification)
Amanda B. Gilman (via CM/ECF electronic notification)

DATE:
February 16, 2022

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk